

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-74,676-04

### EX PARTE JASON EARL WOOLEY, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 997161-C IN THE 176TH DISTRICT COURT FROM HARRIS COUNTY

**ALCALA, J., filed a concurring opinion.**

### <u>CONCURRING OPINION</u>

ALCALA, J., joins this Court's order and concurs for the reasons expressed in her concurring opinion in *Ex parte Pointer*, 492 S.W.3d 318, 320-21 (Tex. Crim. App. 2016) (per curiam) (Alcala, J., concurring) (stating that Code of Criminal Procedure Article 1.051 permits a habeas court to appoint counsel to an indigent habeas applicant "if the court concludes that the interests of justice require representation," and encouraging habeas courts to utilize this statutory authority "in order to liberally appoint counsel for *pro se* applicants who . . . appear to have colorable ineffective-assistance-of-counsel claims").

Filed: September 21, 2016

Do Not Publish